UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MARISOL PEREZ-LEON,
    Petitioner,

vs.                              Case No.:  4:21cv142/TKW/EMT

WARDEN STRONG,
    Respondent.
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 11). No objections were filed. Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that Petitioner's habeas petition should be denied because Petitioner failed to exhaust her administrative remedies and the Court lacks authority to grant the relief she is seeking in any event. Accordingly, it is

**ORDERED** that:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    The petition for writ of habeas corpus filed under 28 U.S.C. §2241 (Doc. 1) is **DENIED**.

3. The Clerk shall enter judgment in accordance with this order and close the case file.

**DONE and ORDERED** this 24th day of September, 2021.

*T. Kent Wetherell, II*

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**